**FILED**

JAN 3 0 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

FERNANDO AGUILAR and
GUSTAVO AGUILAR,

    Defendants.
_____/

CR 07-30 SBA

STIPULATION AND PROPOSED ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE

At the recommendation of Pretrial Services, the parties hereby stipulate and agree that the pretrial release condition prohibiting contact between the defendants be removed.

It is further agreed that the defendants shall not discuss the case outside the presence of counsel.

Dated: January 26, 2007

/s/ KIMBERLY BRIGGS
KIMBERLY BRIGGS
Assistant U.S. Attorney

/s/ SHARI L. GREENBERGER
SHARI L. GREENBERGER
Attorney for GUSTAVO AGUILAR

/s/ SARA ZALKIN
SARA ZALKIN
Attorney for FERNANDO AGUILAR

**IT IS SO ORDERED.**

1/29/07

_____
WAYNE D. BRAZIL
Magistrate Judge
United States District Court

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331