Case 4:07-cr-00030-SBA   Document 18   Filed 02/01/2007   Page 1 of 3

**FILED**

FEB - 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>FERNANDO AGUILAR and<br>GUSTAVO AGUILAR,<br><br>        Defendants. | CR 07-30 SBA<br><br>STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE STATUS<br>CONFERENCE<br><br>Date:  February 13, 2007<br>Time:  9:00 a.m. |

    THE PARTIES HEREBY STIPULATE AND AGREE that the status conference now set for the date and time indicated above may be continued to March 20, 2007, at 9:00 a.m.

    It is also stipulated that the period from February 13, 2007, to March 20, 2007, shall be excluded from the calculation of time in which the trial of the above captioned matter must commence pursuant to the Speedy Trial Act, 18 U.S.C. section 3161(c). The parties stipulate that the time is excludable from the time limitations of the Speedy Trial Act because the interests of justice are served by granting a continuance.

1   Such continuance is required because of conflicts in
2 counsels' schedule, and the desire of all parties to be present
3 at the status conference.  On February 13, 2007, both Ms.
4 Zalkin, who will represent Fernando Aguilar, and Ms. Green-
5 berger, who will represent Gustavo Aguilar, are scheduled to
6 begin jury trial at 9:00 a.m. in San Mateo County in the matter
7 of People v. Alvarez, No. NF351120.  Also on February 13, Ms.
8 Greenberger is scheduled to begin jury selection that afternoon
9 before Judge Breyer in United States v. Rosenthal, CR 02-53 CRB.
10   On February 20, 2007, Ms. Greenberger is scheduled to
11 appear in San Francisco Superior Court in People v. Munoz, No.
12 2221495, for a hearing on multiple motions at 9:00 a.m.  Ms.
13 Zalkin has court in Marin County, People v. Hansard, CR151400A,
14 at 9:00 a.m. on February 20, 2007, as well.
15   Assistant United States Attorney Kim Briggs will be out of
16 the state from February 11-14, 2007, and again February 27-March
17 14, 2007.
18   In addition, at this time defense counsel are currently
19 appearing specially on behalf of the defendants, and anticipate
20 being fully retained by March 1, 2007.  Because defense counsel
21 has not been fully retained, we have not yet been provided
22 discovery from the government.  As such, we need the time to
23 request and review the discovery and believe that we will be
24 prepared to proceed on March 20, 2007.

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

1    Hence, this continuance will permit continuity of counsel,
2 and allow the reasonable time necessary for effective
3 preparation, taking into account the exercise of due diligence.
4 18 U.S.C. sections 3161(h)(8)(A) and (B)(iv).
5    Dated:  January 31, 2007

8  /s/ KIMBERLY BRIGGS                /s/ SHARI L. GREENBERGER
   KIMBERLY BRIGGS                    SHARI L. GREENBERGER
9  Assistant U.S. Attorney            Attorney for GUSTAVO AGUILAR

                                      /s/ SARA ZALKIN
11                                    SARA ZALKIN
                                      Attorney for FERNANDO AGUILAR

13   **IT IS SO ORDERED.**
14   Dated:

     2-5-07

                                      SAUNDRA BROWN ARMSTRONG, Judge
                                      United States District Court

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

3