**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR 07-30 SBA |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| FERNANDO AGUILAR and GUSTAVO AGUILAR, | Date: January 15, 2008<br>Time: 9:00 a.m. |
| Defendants. | |

THE PARTIES HEREBY STIPULATE AND AGREE that the hearing now set for the date and time indicated above may be continued to February 26, 2008, at 9:00 a.m.

It is also stipulated that the period from January 15, 2008, to February 26, 2008, shall be excluded from the calculation of time in which the trial of the above captioned matter must commence pursuant to the Speedy Trial Act, 18 U.S.C. section 3161(c). The parties stipulate that the time is excludable from the time limitations of the Speedy Trial Act because the interests of justice are served by granting a continuance.

1

The continuance is jointly requested as both Ms. Briggs and Mr. Serra are starting other trials on January 14, 2008. Because substantive motions relevant to trial are pending, each lead counsel is required to be present.

This continuance will permit continuity of counsel and allow the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. sections 3161(h)(8)(A) and (B)(iv).

Dated: January 11, 2008

/s/ KIMBERLY BRIGGS
KIMBERLY BRIGGS
Assistant U.S. Attorney

/s/ SHARI L. GREENBERGER
SHARI L. GREENBERGER
Attorney for GUSTAVO AGUILAR

/s/ SARA ZALKIN
SARA ZALKIN
Attorney for FERNANDO AGUILAR

**IT IS SO ORDERED.**

Dated: 1/14/08

SAUNDRA BROWN ARMSTRONG, Judge
United States District Court