**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR 07-30 SBA |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| FERNANDO AGUILAR and GUSTAVO AGUILAR, | Date: February 26, 2008 Time: 9:00 a.m. |
| Defendants. | |

THE PARTIES HEREBY STIPULATE AND AGREE that the hearing now set for the date and time indicated above may be continued to March 25, 2008, at 9:00 a.m.

It is also stipulated that the period from February 26, 2008, to March 25, 2008, shall be excluded from the calculation of time in which the trial of the above captioned matter must commence pursuant to the Speedy Trial Act, 18 U.S.C. section 3161(c). The parties stipulate that the time is excludable from the time limitations of the Speedy Trial Act because the interests of justice are served by granting a continuance.

1

```
 1        The continuance is predicated on the unavailability of
 2   lead counsel for Fernando Aguilar, Mr. Serra, as he is still
 3   involved in an ongoing homicide trial which began on January 14,
 4   2008, in the case of People v. Monge, Case # SF103120A, pending
 5   in the county of San Joaquin.  Because substantive motions
 6   relevant to trial are pending, and trial dates will likely be
 7   set, lead counsel is required to be present.  This trial will be
 8   concluded and Mr. Serra will be available on the requested date
 9   of March 25, 2008.
10        This continuance will permit continuity of counsel and
11   allow the reasonable time necessary for effective preparation,
12   taking into account the exercise of due diligence.  18 U.S.C.
13   sections 3161(h)(8)(A) and (B)(iv).
14        Dated: February 22, 2008
15
16    /s/ KIMBERLY BRIGGS            /s/ SHARI L. WHITE
     KIMBERLY BRIGGS                 SHARI L. WHITE
17   Assistant U.S. Attorney         Attorney for GUSTAVO AGUILAR
18
                                      /s/ J. TONY SERRA
19                                   J. TONY SERRA
                                     Attorney for FERNANDO AGUILAR
20
21   Based on the foregoing reasons, the Court finds the ends of
22   justice served by the granting of such continuance outweigh the
23   best interests of the public and the defendant in a speedy
24   trial.  The Court, however, continues the status conference to
25   **April 1, 2008, at 11:00 a.m.**
26        **IT IS SO ORDERED.**
27        Dated:2/22/08
28
                                     _____
                                     SAUNDRA BROWN ARMSTRONG, Judge
```

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

United States District Court

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331