LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

FERNANDO AGUILAR and
GUSTAVO AGUILAR,

        Defendants.
_____/

CR 07-30 SBA

ORDER TO CONTINUE STATUS
CONFERENCE AND MOTION HEARING

Date: February 26, 2008
Time: 9:00 a.m.

    It is hereby ordered that the status hearing and motions now set for the date and time indicated above may be continued from February 26, 2008, to April 1, 2008, at 11:00 a.m.

    It is also ordered that the period from February 26, 2008, to April 1, 2008, shall be excluded from the calculation of time in which the trial of the above captioned matter must commence pursuant to the Speedy Trial Act, 18 U.S.C. section 3161(c). This time is excludable from the time limitations of the Speedy Trial Act because the interests of justice are served by granting a continuance.

    This continuance will permit continuity of counsel and allow the reasonable time necessary for effective preparation,

1

taking into account the exercise of due diligence.  18 U.S.C. sections 3161(h)(8)(A) and (B)(iv).

Based on the foregoing reasons and the reasons provided in the stipulation of the parties, the Court finds the ends of justice served by granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: 2/27/08

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG, Judge
United States District Court

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331