UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>FERNANDO AGUILAR and<br>GUSTAVO AGUILAR,<br><br>             Defendants.<br>_____/ | CR 07-30 SBA<br><br>MODIFIED STIPULATION AND<br>ORDER TO CONTINUE <u>STATUS<br>CONFERENCE</u><br>Date:  June 3, 2008<br>Time:  11:00 a.m. |

THE PARTIES HEREBY STIPULATE AND AGREE that the status and motions hearing now set for the date and time indicated above, may be continued to 11:00 a.m. on July 1, 2008.

This continuance is predicated on the need for further time to engage in settlement discussions.  The attorneys have been engaged in ongoing discussions with the defendants and their respective families.  Based on recent discovery of additional evidence, more time is needed to discuss the ramifications of this additional discovery, should this case proceed to trial.

////

////

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

1

1        Moreover, the defendants desire to engage in a second
2   settlement conference with Magistrate Brazil, at the Magis-
3   trate's invitation.  All parties believe that the additional
4   time requested could promote settlement of this case in lieu of
5   trial.
6        IT IS STIPULATED that the period from June 3, 2008, to
7   July 1, 2008, shall be excluded from the calculation of time in
8   which the trial of the above-captioned matter must commence
9   pursuant to the Speedy Trial Act, 18 U.S.C. section 3161(c).
10  The parties stipulate that the time is excludable from the time
11  limitations of the Speedy Trial Act because the interests of
12  justice are served by granting a continuance.
13       This continuance will permit continuity of counsel, and
14  allow the reasonable time necessary for effective preparation,
15  taking into account the exercise of due diligence.  18 U.S.C.
16  sections 3161(h)(8)(A) and (B)(iv).
17       Further, time is excluded pursuant to 18 U.S.C. sections
18  3161(h)(1)(F) predicated upon defense motions still pending and
19  under submission by the court, which excludes delay resulting
20  from any pretrial motion from the filing of the motion through
21  the conclusion of the hearing on or other prompt disposition of
22  such motion.
23       For the foregoing reasons, the parties stipulate and agree
24  that the ends of justice served by the continuance requested
25  herein outweigh the best interests of the public and the defen-
26  dant in a speedy trial because the failure to grant such a
27  continuance would unreasonably deny the defendant continuity of
28  counsel.

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

Dated:

/s/ KIMBERLY BRIGGS                    /s/ SHARI L. WHITE
KIMBERLY BRIGGS                        SHARI L. WHITE
Assistant U.S. Attorney                Attorney for GUSTAVO AGUILAR

                                                /s/ TONY SERRA
                                                TONY SERRA
                                                SARA ZALKIN
                                                Attorneys for FERNANDO AGUILAR

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds:

That the period from June 3, 2008, to July 1, 2008, shall be excluded from the calculation of time in which the trial of the above-captioned matter must commence pursuant to the Speedy Trial Act, 18 U.S.C. section 3161(c);

That the time is excludable from the time limitations of the Speedy Trial Act because the interests of justice are served by granting a continuance;

That this continuance will permit continuity of counsel, and allow the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. sections 3161(h)(8)(A) and (B)(iv);

That time is excluded pursuant to 18 U.S.C. sections 3161(h)(1)(F) predicated upon defense motions still pending and under submission by the court, which excludes delay resulting from any pretrial motion from the filing of the motion through the conclusion of the hearing on or other prompt disposition of such motion;

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

1     That the ends of justice served by the continuance
2 requested herein outweigh the best interests of the public and
3 the defendant in a speedy trial because the failure to grant
4 such a continuance would unreasonably deny the defendant
5 continuity of counsel.
6     Based on these findings, IT IS HEREBY ORDERED THAT the
7 status and motions hearing be continued from 11:00 a.m. on June
8 3, 2008, to 11:00 a.m. on July 1, 2008, and that time is
9 excluded under the Speedy Trial Act pursuant to 18 U.S.C.
10 sections 3161(c), 3161(h)(8)(A) and (B)(iv), and 3161(h)(1)(F).
11     **IT IS SO ORDERED.**
12     Dated: 6/3/08

_____
SAUNDRA BROWN ARMSTRONG, Judge
United States District Court