UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>FERNANDO AGUILAR and<br>GUSTAVO AGUILAR,<br>　　　　Defendants. | CR 07-30 SBA<br><br>STIPULATION AND ORDER<br>TO CONTINUE STATUS<br>CONFERENCE AND MOTIONS<br>Date: July 1, 2008<br>Time: 11:00 a.m. |

　　　THE PARTIES HEREBY STIPULATE AND AGREE that the status and motions hearing now set for the date and time indicated above, may be continued to 11:00 a.m. on July 29, 2008.

　　　This continuance is predicated on the parties intention to participate in a second conference with Magistrate Brazil, which is not possible until July 24, 2008. This will allow the parties reasonable time to effectively prepare the case, and is in the interests of judicial economy as it may dispose of the case. Despite the exercise of due diligence by counsel to schedule a second conference prior to said date, counsel was informed that the first available date to meet with Magistrate Brazil for this conference was on July 24, 2008. This date was immediately reserved for said purpose, as the parties believe that the additional time requested will allow the parties

1  reasonable time to effectively prepare the case, and is in the
2  interests of judicial economy.
3      IT IS STIPULATED that the period from July 1, 2008, to
4  July 29, 2008, shall be excluded from the calculation of time in
5  which the trial of the above-captioned matter must commence
6  pursuant to the Speedy Trial Act, 18 U.S.C. section 3161(c).
7  The parties stipulate that the time is excludable from the time
8  limitations of the Speedy Trial Act because the interests of
9  justice are served by granting a continuance.
10     This continuance will permit continuity of counsel, and
11 allow the reasonable time necessary for effective preparation,
12 taking into account the exercise of due diligence.  18 U.S.C.
13 sections 3161(h)(8)(A) and (B)(iv).
14     Further, time is excluded pursuant to 18 U.S.C. sections
15 3161(h)(1)(F) predicated upon defense motions still pending and
16 under submission by the court, which excludes delay resulting
17 from any pretrial motion from the filing of the motion through
18 the conclusion of the hearing on or other prompt disposition of
19 such motion.
20     For the foregoing reasons, the parties stipulate and agree
21 that the ends of justice served by the continuance requested
22 herein outweigh the best interests of the public and the defen-
23 dant in a speedy trial because the failure to grant such a
24 continuance would unreasonably deny the defendant continuity of
25 counsel.
26     Dated:  June 26, 2008

27 /s/ KIMBERLY BRIGGS              /s/ SHARI L. WHITE
   KIMBERLY BRIGGS                  SHARI L. WHITE
28 Assistant U.S. Attorney           Attorney for GUSTAVO AGUILAR

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

```
                                    /s/ TONY SERRA
                                    TONY SERRA
                                    SARA ZALKIN
                                    Attorneys for FERNANDO AGUILAR
```

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds:

That the period from July 1, 2008, to July 29, 2008, shall be excluded from the calculation of time in which the trial of the above-captioned matter must commence pursuant to the Speedy Trial Act, 18 U.S.C. section 3161(c);

That time is excluded pursuant to 18 U.S.C. sections 3161(h)(1)(F) predicated upon defense motions still pending and under submission by the court, which excludes delay resulting from any pretrial motion from the filing of the motion through the conclusion of the hearing on or other prompt disposition of such motion;

Based on these findings, IT IS HEREBY ORDERED that the status and motions hearing be continued from 11:00 a.m. on July 1, 2008, to 11:00 a.m. on July 29, 2008, and that time is excluded under the Speedy Trial Act pursuant to 18 U.S.C. sections 3161(c) and 3161(h)(1)(F).

**IT IS SO ORDERED.**

Dated: June 27, 2008

```
                                    MAXINE M. CHESNEY for
                                    Saundra Brown Armstrong
                                    United States District Judge
```

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

3