UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FERNANDO AGUILAR, and ,<br>GUSTAVO AGUILAR,<br><br>    Defendants, and<br><br>JUAN AGUILAR, ISABEL AGUILAR, MIGUEL AGUILAR, MARTHA AGUILAR, SERAFIN AGUILAR, EMILIA AGUILAR, GUSTAVO AGUILAR, FERNANDO AGUILAR, AND ALMA ROSE AGUILAR,<br><br>    Sureties | No. CR07-0030 SBA (BZ)<br><br>**ORDER RESCHEDULING BOND FORFEITURE HEARING** |

It has come to the Court's attention that the sureties may not have been served with the government's motion. **IT IS THEREFORE ORDERED** as follows:

    1.  The government's motion for forfeiture of bond, etc. is continued to **December 9, 2009 at 1:30 p.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

1

2. The government shall provide the Clerk with sufficient copies of its re-noticed motion and supporting documents to enable the Clerk to serve all the sureties.

3. The Clerk shall, pursuant to Federal Rule of Civil Procedure 46(f)(3)(C), serve the motion and this Order on each surety and file a proof of service.

4. Counsel for defendants suggested that the Court appoint counsel for the sureties. They provided no authority for such authority and the Court has found none. It is the responsibility of the sureties to retain counsel, if they wish to be represented. If they believe they cannot afford counsel, they may wish to contact the Volunteer Legal Services Program's Legal Help Center for pro se litigants to see if they are eligible for pro bono counsel. Attached is information about the Legal Help Center.

5. Any opposition to the motion shall be filed by **November 16, 2009**. Any reply shall be filed by **November 23, 2009.**

Dated: October 22, 2009

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\USA V. AGUILAR\ORDER CONTINUING FORFEITURE HEARING.wpd

2

**Do you need help representing yourself in a federal court case?**

**vlsp** | VOLUNTEER LEGAL SERVICES PROGRAM
*of The Bar Association of San Francisco*

# Legal Help Center

450 Golden Gate Avenue, 15th Floor, Room 2796
San Francisco, CA 94102

If you are representing yourself (or are thinking about filing a case) in the United States District Court for the Northern District of California, you may speak with a lawyer at the Legal Help Center. **There is no fee for this service.** The lawyer can give you:

- information and help you understand the federal court processes and procedures that you need to follow;
- explanations of court orders and other paperwork;
- answers to your legal questions; and
- referrals to appropriate legal, social, and government services.

Help is provided **by appointment only**. To make an appointment, either sign up in the appointment book on the table outside the door of the Center, located on the 15th floor of the federal courthouse in San Francisco, Room 2796 or call (415) 782-9000, extension 8657.

If you do not speak English or have difficulty with English, please bring someone to your appointment who can translate for you. We can not provide a translator.

**If you seek help from the Center, you will still represent yourself. The lawyer at the Center can not be your lawyer.**